```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
 JOHN PIEROTTI, an infant by his parent
 and natural guardian MELISSA FERRIS,
 and MELISSA FERRIS individually,

         Plaintiffs,                         MEMORANDUM AND ORDER

     -against-                               Civil Action No.
                                             CV-00-485(DGT)
 DELTA AIRLINES, INC.,

         Defendant.
----------------------------------------X
```

Trager, J:

    Laurie Schiavone ("Schiavone"), the aunt of plaintiff John Pierotti ("plaintiff"), has written this Court on behalf of her nephew with regard to the above caption case, which was closed on December 22, 2000 and for which Judge Sifton granted plaintiff access to his portion of the settlement amount on September 24, 2008. Schiavone states in her letter that plaintiff, while still a minor, signed his share of the settlement over to his mother, Melissa Ferris ("Ferris"), under false pretenses, and that plaintiff's mother used the money for her own benefit. Schiavone requests, inter alia, that this Court order Ferris to repay plaintiff, place a lien on Ferris' property and/or order Ferris to make monthly payments to plaintiff.

Plaintiff is advised that, in order for the Court to consider this matter, John Pierotti must submit a letter to the Court on his own behalf. His aunt, who is not an attorney, does not have standing to request the above court action. See N.Y. C.P.L.R. § 321 (stating that an adult party "may prosecute or defend a civil action in person or by attorney"); Judiciary Law § 478 (making it unlawful for persons who have not been admitted to practice law to appear as or hold themselves out as attorneys). If John Pierotti wishes to request relief from this Court, he must be represented by an attorney or proceed pro se.[1]

Dated:   Brooklyn, New York
         November 29, 2010

                                    SO ORDERED:

                                    _____/s/_____
                                    David G. Trager
                                    United States District Judge

---

[1] Although plaintiff was a minor during the pendency of this action, he turned eighteen on December 29, 2008.

Copy to:

Laurie Schiavone & John Pierotti
828 Upper Pennsylvania Ave.
Bangor, Pennsylvania 18013